# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACOREY CLARK,<br><br>                Petitioner,<br><br>   v.<br><br>MS. MCKINNEY, et al.,<br><br>                Respondent. | Case No. 5:22-cv-01505-JFW-MAA<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (ECF No. 1), the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge (ECF No. 52).  The Court also has reviewed Petitioner's objections to the Report and Recommendation, filed on October 23, 2024 ("Objections").  (ECF No. 53.)  As required by Federal Rule of Civil Procedure 72(b)(3), the Court has engaged in de novo review of the portions of the Report and Recommendation to which Petitioner specifically has objected.  The Objections lack merit for the reasons stated in the Report and Recommendation.  The Court finds no defect of law, fact, or logic in the Report and Recommendation.  The Court concurs with and accepts the findings, conclusions, and recommendations of the United States Magistrate Judge, and overrules the Objections.

1  IT THEREFORE IS ORDERED that (1) the Report and Recommendation of
2  the Magistrate Judge is **ACCEPTED**; (2) Petitioner's "Motion to Vacate Judgment
3  to Allow Amendment of Pleadings and/or to Allow Resolving of All Other
4  Claim(s) for a Merits Disposition, for Leave to Amend under Rule 15 and for
5  Release of Petitioner on His Own Recognizance or Release on Bail With, or
6  Without Surety Pending the Disposition of the Case" (ECF No. 40) is **DENIED**;
7  and (3) Petitioner's "Motion for Relief, as to an Evidentiary Hearing, an Extension
8  of Time" (ECF No. 46) is **DENIED**.

10  DATED: November 20, 2024

　　　　　　　　　　　　　_____
　　　　　　　　　　　　　HONORABLE JOHN F. WALTER
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE